FILED
APR - 8 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHARLES ALPINE, ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 10 0565 |
| PRESIDENT BARACK OBAMA, *et al.*, ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This matter is before the Court for consideration of petitioner's application to proceed *in forma pauperis* and *pro se* petition. The Court will grant the application and dismiss the petition.

It appears that the Supreme Court recently notified petitioner of the denial of his application for leave to proceed *in forma pauperis* and dismissal of his petition for a writ of habeas corpus. *See* Pet., Attach. (October 5, 2009 letter from W.K. Suter, Clerk, Supreme Court of the United States). It further appears that petitioner believes the dismissal came about because the Supreme Court deemed his petition frivolous or malicious. *See id.*, Brief in Supp. of this Pet. Petitioner objects to this characterization of his submission, *see id.*, and he demands an award of $25 million as compensation for the alleged infringement of his rights by the Supreme Court Clerk.

The Clerk of the Supreme Court is the designated recipient of all documents filed with the Supreme Court, and is authorized to reject any filing that does not comply with the applicable

1

rules and orders. *See* Sup. Ct. R. 1. This Court has no authority to determine what action, if any, must be taken by the Justices of the Supreme Court and the Supreme Court's administrative officers. *See In re Marin*, 956 F.2d 339, 340 (D.C. Cir.), *cert. denied*, 506 U.S. 844 (1992). In any event, judges and other court officials have absolute immunity for their actions taken in a judicial or quasi-judicial capacity. *Stump v. Sparkman*, 435 U.S. 349, 356 (1978).

The Court will dismiss this action for failure to state a claim upon which relief can be granted. *See* 28 U.S.C. § 1915A(b). An appropriate Order accompanies this Memorandum Opinion.

/s/ Royce C. Lamberth
United States District Judge

Date: April 1, 2010